IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-01074-BNB

WILLIAM GILMORE,

    Applicant,

v.

ARAPAHOE COUNTY DISTRICT COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on Applicant's "Motion to Amend Complaint Writ of Habeas Corpus Action in the Above Mentioned Case," filed with the Court on January 8, 2007. The Court dismissed the instant action on July 1, 2004. Applicant's Motion is inappropriate and, therefore, is DENIED. Applicant, however, may submit a new action with the Court addressing the claims he desires to present to the Court. The Clerk of the Court is directed to send to Mr. Gilmore a 28 U.S.C. § 2254 filing packet.

Dated: January 11, 2007

**Copies of this Minute Order and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** mailed on January 11, 2007, to the following:

William Gilmore
Reg. No. 63549
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

                                                Secretary/Deputy Clerk